UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAIME ESTUARDO TEO-TENAS,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Acting Director of Boston Field Office, United States Immigration and Customs Enforcement, et al.,<br><br>Respondents. | Civil Action No. 1:26-CV-10334 |

**EMERGENCY ORDER CONCERNING
STAY OF TRANSFER OR REMOVAL**

Petitioner Jaime Estuardo Teo-Tenas, a Guatemala national, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241(a), contending that he is being unlawfully confined in violation of the Constitution and laws of the United States. Counsel for Petitioner has filed an emergency motion for a temporary restraining order, Doc. No. 2, alleging that after the petition was filed, see Doc. No. 1, Respondents have transferred Mr. Teo-Tenas out of the District of Massachusetts to the Alexandria Staging Facility in Louisiana, and he has been told that he will be deported imminently.

The Court orders as follows:

1. **Service of Order**

The clerk of this court shall serve a copy of the petition and this Order (by email) on the civil duty attorney for the United States Attorney's Office and the United States Attorney for the

District of Massachusetts.

2. **<u>Order</u>**

Respondents shall immediately return Mr. Teo-Tenas to the District of Massachusetts. Additionally, to provide a fair opportunity for the judge who will be randomly assigned to this case to review the merits of the petition and to rule on any contested issues of jurisdiction, unless otherwise ordered by the assigned judge, and shall not remove Petitioner from the jurisdiction of the United States or transfer petitioner to a judicial district outside that of Massachusetts for a period of at least at least 72 hours from the time this Order is docketed.

**SO ORDERED.**

/s/ Myong J. Joun
Myong J. Joun
UNITED STATES DISTRICT JUDGE

Issued at Boston, Massachusetts
January 25, 2026 at
 1:45 p.m.